MICHAEL J. HEYMAN
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN BILLY ATCHAK,<br><br>Defendant. | No. 3:26-cr-00068-MMS<br><br><u>COUNT 1</u><br>LEWD, INDECENT, OR OBSCENE ACT;<br>SEXUAL PROPOSAL TO A MINOR<br>Vio. of 49 U.S.C. § 46506(2) and<br>D.C. Code § 22-1312 |

**INFORMATION**

The United States Attorney charges that:

<u>COUNT 1</u>

On or about August 16, 2026, on an aircraft in the special aircraft jurisdiction of the United States, the defendant, GAVIN BILLY ATCHAK, did unlawfully, in public, make an obscene or indecent exposure of his genitalia and made an obscene or indecent sexual proposal to a minor.

All of which is in violation of 49 U.S.C. § 46506(2) and D.C. Code § 22-1312.

/s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

/s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney

DATE: August 17, 2026